**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

| | | |
|---|---|---|
| In Re: | **Frank Frazier** | Case No.: **23−57345−wlh**<br>Chapter: **13**<br>Judge: **Wendy L. Hagenau** |
| | Debtor(s) | |

---

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 2 filed on August 1, 2023, is deficient for the following reasons:

Missing signature(s) as required by FRBP 9011.

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 8/3/23

Vania S. Allen
Clerk of Court

By: R. Scott O'Neal
Deputy Clerk

Form 431 − Notice of deficiency 11−2020